IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
2025 MAR 18 A 8:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 5:25-cr-130-HNJ |
| ) | |
| JOSHUA BRIAN BIAS ) | |

## INFORMATION

The United States Attorney charges:

<u>COUNT ONE</u>:  Title 50, United States Code, Section 797.  **Violation of Defense Property Security Regulation for Firearm Possession.**

That on or about the 12th day of November, 2024, within the Northern District of Alabama, the Defendant, **JOSHUA BRIAN BIAS,** on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, did willfully violate a defense property security regulation by unlawfully possessing a firearm without prior authorization, in violation of Title 50, United States Code, Section 797.

PRIM F. ESCALONA
United States Attorney

*/s/ electronic signature*
SEAN HARSHEY
Special Assistant United States Attorney